RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 11/24/09
6B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **DAVID M. WUERTENBERG** | **CIVIL ACTION NO. 09-0824** |
| **FED. REG. #10966-035** | |
| **VS.** | **SECTION P** |
| | **JUDGE MELANÇON** |
| **WARDEN JOSEPH P. YOUNG** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED**.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 23rd day of November, 2009.

_____
TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE